SEALED

## MAGISTRATE JUDGE CLERK NOTES

Magistrate Judge: Alexander
Courtroom Clerk: Rex Brown
Case: USA v. Leon Rompre (1); Richard Adams (2); Sandra Saunders (3)
AUSA: Nancy Rue
PTSO/PO: September Lee Brown

Date: 12/22/04 Time In Court 1 hr.
Tape Number: Digital Recording
Case Number: MJ04-M-284 JLA
Defense Counsel: Catherine Byrne; Stephen Weymouth; Melvin Norris
Interpreter: N/A Language: ______

## TYPE OF HEARING

☐ **Initial Appearance**
☐ Arrested: Date: ______
Charging District: ______
☐ on warrant ☐ on probable cause
☐ Defendant Sworn
☐ Advised of Charges
☐ Advised of Rights
☐ Requests Appointment of Counsel
☐ Will Retain Counsel
☐ Court Orders Counsel be Appointed
☐ Government Requests Detention & Continuance

☐ **Arraignment**
☐ Defendant Waived Reading of Indictment
☐ Defendant Pleads Not Guilty to Counts ______

☐ **Removal Hearing/Rule 40**
☐ Defendant Waives Identity Hearing
☐ Defendant Ordered Removed to Charging District. Order to Issue.
☐ Defendant Released, Conditions Remain/ Modified/Set
☐ Identity Established

☑ **Preliminary Examination (Rule 5 or Rule 32.1)**
☐ Probable Cause Found
☐ Identity Established
☐ Defendant Waives Identity Hearing
☐ Defendant Waives Preliminary Examination

☑ **Detention Hearing**
☐ Defendant Requests a Continuance
☐ Defendant Consents to Voluntary Detention
☐ Defendant Detained, Order to Issue
☐ Defendant Released on ______ with conditions
☐ Detention Taken Under Advisement

☐ **Preliminary Probation Revocation Hearing**
☐ Defendant Ordered Detained
☐ Defendant Released

☐ **Bail Revocation Hearing**
☐ Bail Revoked, Defendant Ordered Detained
☐ Defendant Released, Conditions Remain/Modified
☐ Defendant Released on ______ with Conditions

☐ **Miscellaneous Hearings**
☐ Attorney Appointment Hearing
☐ Change of Plea (Rule 11) Hearing
☐ Material Witness Hearing
☐ Motion Hearing
☐ Initial Status Conference
☐ Interim Status Conference
☐ Final Status Conference
☑ Other Foster Hearing

## CONTINUED PROCEEDINGS

① Preliminary Examination
② Detention Hearing
③ Foster Hearing

(Hearing) Conference set for 12/28/04 at 3:30 PM

## REMARKS

Upon request of the government and defense, the Court continues the matters of detention and probable cause. If necessary, a Rule 44 Foster hearing will be held for defendants Rompre and Saunders who are married co-defendants.

(C:\CmEcf\ImplementationTeams\MJSTARTeam\CrCtNoteMJforpdf.wpd 5/19/03)


DOCKETED 5