O 442 (Rev. 4/97) Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____ DISTRICT

OF _____

MASSACHUSETTS

UNITED STATES OF AMERICA

v.

RICHARD ADAMS

WARRANT FOR ARREST

Case Number: MJ04- M-284 JLA

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____**Richard Adams**_____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ INDICTMENT  ☐ INFORMATION  ☒ COMPLAINT  ☐ ORDER OF COURT  ☐ VIOLATION OF NOTICE  ☐ PROBATION VIOLATION PETITON

CHARGING HIM OR HER WITH (brief description of offense)

**Knowingly and intentionally conspired to distribute and to possess with intent to distribute marijuana, a Schedule I Controlled Substance**

in violation of Title ___21___ United States Code, Section(s) ___846 & 841(a)(1)___.

**Joyce London Alexander**
Name of Issuing Officer

_Joyce L. Alexander_ (signature)
Signature of Issuing Officer

**United States Magistrate Judge**
Title of Issuing Officer

Boston, MA; December 16, 2004
Date and Location

Bail fixed at $ _____  BY _____

| RETURN |
|---|
| THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE NAMED DEFENDANT AT _____ |

| DATE RECEIVED | WARRANT EXECUTED BY<br>BY ARREST/ARRAIGNMENT OF THE<br>DEFENDANT ON<br>NAME AND TITLE OF ARRESTING OFFICER 10/20/01 | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____ Richard Adams _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____ 135 Ward Street, Revere, MA _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____ 5/24/53 _____

SOCIAL SECURITY NUMBER: _____ 1909 _____

HEIGHT: _____    WEIGHT: _____

SEX: _____    RACE: _____

HAIR: _____  EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____